HILLIS CLARK MARTIN & PETERSON P.S.  The Honorable John C. Coughenour
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Attorneys for Appellant
Check Into Cash of Washington, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHECK INTO CASH OF WASHINGTON, INC., a Washington corporation,<br><br>　　　　　　Appellant,<br><br>　v.<br><br>RUPANJALI SNOWDEN, a Washington resident,<br><br>　　　　　　Appellee. | Case No. 12-CV-1095-JCC<br>Bankr. Case No. 09-10318<br>Bankr. Internal Appeal No. 12-S029<br><br>**SUPPLEMENTAL NOTICE OF RELATED CASE** |

　　　Appellant Check Into Cash of Washington, Inc. hereby notifies the Court that, in addition to being the subject of a prior appeal before the Honorable Robert S. Lasnik (*See* Notice of Related Case, ECF Doc. No. 2), this bankruptcy case is now the subject of the following pending cross-appeal also before Judge Lasnik:

　　　*Snowden v. Check Into Cash of Washington, Inc.*, Case No. 12-CV-1171-RSL

//
//
//
//

NOTICE OF RELATED CASE: 12-CV-1095-JCC- 1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1     DATED this 20th day of July, 2012.

                                      HILLIS CLARK MARTIN & PETERSON P.S.

                                      By */s/ Amit D. Ranade*
                                           Amit D. Ranade, WSBA #34878
                                           Alexander M. Wu, WSBA #40649
                                           1221 Second Avenue, Suite 500
                                           Seattle, WA 98101
                                           Phone: (206) 623-1745
                                           Fax: (206) 623-7789
                                           E-mail: adr@hcmp.com; amw@hcmp.com
                                  Attorneys for Appellant
                                  Check Into Cash of Washington, Inc.

ND: 19792.002 4832-6227-0736v1

---

NOTICE OF RELATED CASE: 12-CV-1095-JCC- 2           **HILLIS CLARK MARTIN & PETERSON P.S.**
                                                                                         1221 Second Avenue, Suite 500
                                                                                         Seattle, Washington 98101
                                                                                         Telephone: (206) 623-1745
                                                                                         Facsimile: (206) 623-7789