UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re RUPANJALI SNOWDEN,<br><br>                 Debtor.<br><br>CHECK INTO CASH OF WASHINGTON, INC., a Washington corporation,<br><br>                 Appellant,<br>     v.<br><br>RUPANJALI SNOWDEN, a Washington resident,<br><br>                 Appellee.<br><br>RUPANJALI SNOWDEN,<br><br>                 Cross-Appellant,<br>     v.<br>CHECK INTO CASH OF WASHINGTON,<br><br>                 Cross-Appellee. | Chapter No. 11<br><br>USDC No. 12-cv-1095RSL<br><br>Bankruptcy Case No. 09-10318<br><br>Bankruptcy Internal Appeal No. 12-S029<br><br>ORDER REGARDING DESIGNATIONS OF RECORD ON APPEAL |

      This matter comes before the Court on cross appeals by Appellant/Cross-Appellee Check Into Cash of Washington, Inc., ("CIC") and Appellee/Cross-Appellant Rupanjali Snowden. CIC

ORDER REGARDING DESIGNATIONS
OF RECORD ON APPEAL – 1

and Ms. Snowden are hereby ORDERED to file the documents identified in their Designations of Record on Appeal (Dkt. # 7-2, 7-3, 7-4) within five days of the date of this order.

DATED this 25th day of February, 2013.

Robert S. Lasnik
United States District Judge

ORDER REGARDING DESIGNATIONS
OF RECORD ON APPEAL – 2