Snowden / Check Into Cash
USDC Case No. 12-1095
Bankr. Case No. 09-10318 [Internal Appeal No. 12-S029]

| | | ***Creditor-Appellant Check Into Cash*** | |
|---|---|---|---|
| *Tab #* | *Document* | *Description* | *Bates Range* |
| 1 | Trial Exhibit P-1 | U.S. Bank Statement (Feb. 10, 2009 – Mar. 9, 2009) | AR000001-5 |
| 2 | Trial Exhibit P-2 | Check Into Cash Consumer Loan Agreement | AR000006-7 |
| 3 | Trial Exhibit P-3 | Check Into Cash's "Guidelines for Bankruptcy and CCCS Accounts | AR000008-9 |
| 4 | Trial Exhibit P-4 | Check Into Cash's "Collection Standards" | AR000010-17 |
| 5 | Trial Exhibit P-5 | PACER search results, dated Feb. 17, 2010 | AR000018-21 |
| 6 | Trial Exhibit P-6 | Bankruptcy Notice of Creditor's Meeting under 11 U.S.C. § 341 | AR000022-24 |
| 7 | Trial Exhibit P-7 | Rupanjali Snowden Bankruptcy Petition, Schedule F | AR000025-31 |
| 8 | Trial Exhibit P-8 | Personal check for $575.00 to the order of Check Into Cash | AR000032-33 |
| 9 | Trial Exhibit P-9 | Printout of certain pages from Check Into Cash's website | AR000034-38 |
| 10 | Trial Exhibit P-17 | Printout of electronic stop payment order | AR000039 |
| 11 | Trial Exhibit P-18 | Table of attorneys' fees and incurred by Ms. Snowden in connection with this Motion for Sanctions | AR000040-41 |
| 12 | Trial Exhibit P-23 | Printout of report from PACER Case Locator, dated Nov. 2, 2010 | AR000042-46 |
| 13 | Trial Exhibit P-27 | Collection notes from Check Into Cash's Sequim office | AR000047-53 |
| 14 | Trial Exhibit P-28 | Printout of collection notes from Check Into Cash's corporate office | AR000054-58 |
| 15 | Trial Exhibit P-30 | Check Into Cash's policy entitled "The day the Check is due" | AR000059-61 |

| *Tab #* | *Document* | *Description* | *Bates Range* |
|---|---|---|---|
| | *Creditor-Appellant Check Into Cash* | | |
| 16 | Trial Exhibit D-1 | U.S. Bank Statement (Sept. 10, 2008 – Oct. 8, 2008) | AR000062-66 |
| 17 | Trial Exhibit D-2 | U.S. Bank Statement (Oct. 9, 2008 – Nov. 10, 2008) | AR000067-71 |
| 18 | Trial Exhibit D-3 | U.S. Bank Statement (Dec. 9, 2008 – Jan. 9, 2009) | AR000072-76 |
| 19 | Trial Exhibit D-4 | U.S. Bank Statement (Jan. 10, 2009 – Feb. 9, 2009) | AR000077-80 |
| 20 | Trial Exhibit D-5 | U.S. Bank Statement (July 9, 2009 – Aug. 11, 2009) | AR000081-85 |
| 21 | Trial Exhibit D-7 | E-mail from Lauren Hosie to Christina Henry, dated May 20, 2009 | AR000086-87 |
| 22 | Trial Exhibit D-10 | Printout from website of U.S. Bankruptcy Court | AR000088 |
| 23 | Docket No. 189 | Declaration of Amit D. Ranade attaching Demonstrative Trial Exhibits | AR000089-92 |
| 24 | Docket No. 194 | Judgment re: Sanctions for Stay Violations | AR000093-94 |
| 25 | Docket No. 216 | Transcript of Hearing Held on 11/01/2010 (Trial) | AR000095-244 |
| 26 | Docket No. 217 | Transcript trial held on **November 2, 2010; a.m. session** | AR000245-346 |
| 27 | Docket No. 218 | Transcript trial held on **November 2, 2010; p.m. session** | AR000347-462 |
| 28 | Docket No. 219 | Transcript of Hearing Held on 11/16/2010 (Oral Ruling) | AR000463-483 |
| 29 | Docket No. 221 | Final Order by Judge Robert S. Lasnik | AR000484-491 |
| 30 | Docket No. 229 | Judgment After Remand | AR000492 |
| 31 | Docket No. 231 | Notice of Appeal | AR000493-496 |
| 32 | Docket No. 234 | Transcript of Hearing Held on 06/07/2012 (Oral Ruling) | AR000497-509 |