HILLIS CLARK MARTIN & PETERSON P.S.                    The Honorable Robert S. Lasnik
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Attorneys for Appellant-Creditor
Check Into Cash of Washington, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHECK INTO CASH OF WASHINGTON, INC., a Washington corporation,<br><br>          Appellant-<br>          Cross Appellee,<br><br>  v.<br><br>RUPANJALI SNOWDEN, a Washington resident,<br><br>          Appellee-<br>          Cross Appellant. | Case No. 12-CV-1095-RSL<br>Bankr. Case No. 09-10318<br>Bankr. Internal Appeal No. 12-S029<br><br>Ninth Circuit Lead Appeal case No. 13-35291<br>Ninth Circuit Cross-Appeal Case No. 13-35322<br><br>**CROSS-APPELLANT CHECK INTO CASH OF WASHINGTON, INC.'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL** |

      Check Into Cash of Washington, Inc. submits this Designation of Record and Statement of Issues on Appeal in connection with its cross-appeal of the above-captioned matter to the United States Court of Appeals for the Ninth Circuit. Fed. R. App. P. 6(b)(2).

**I.    DESIGNATION OF RECORD**

      Check Into Cash designates the following documents from the record before this Court for certification and transmission to the Clerk of the Circuit Court:

| Document | Description |
|---|---|
| ECF Doc. No. 28-1 | Transcript of Hearing Held on 11/01/2010 (Trial) |

CROSS-APPELLANT'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES: 12-1095-RSL- 1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| ECF Doc. No. 29-1 | Transcript of Hearing Held on 11/02/2010 (Trial, a.m. session) |
| ECF Doc. No. 29-2 | Transcript of Hearing Held on 11/02/2010 (Trial, p.m. session) |
| ECF Doc. No. 31-1 | U.S. Bank Statement (Feb. 10, 2009 – Mar. 9, 2009) |
| ECF Doc. No. 31-2 | Check Into Cash Consumer Loan Agreement |
| ECF Doc. No. 31-3 | Check Into Cash's "Guidelines for Bankruptcy and CCCS Accounts |
| ECF Doc. No. 31-4 | Check Into Cash's "Collection Standards" |
| ECF Doc. No. 31-5 | PACER search results, dated Feb. 17, 2010 |
| ECF Doc. No. 31-6 | Bankruptcy Notice of Creditor's Meeting under 11 U.S.C. § 341 |
| ECF Doc. No. 31-7 | Rupanjali Snowden Bankruptcy Petition, Schedule F |
| ECF Doc. No. 31-8 | Personal check for $575.00 to the order of Check Into Cash |
| ECF Doc. No. 31-9 | Printout of certain pages from Check Into Cash's website |
| ECF Doc. No. 31-10 | Printout of electronic stop payment order |
| ECF Doc. No. 31-11 | Table of attorneys' fees incurred by Ms. Snowden |
| ECF Doc. No. 31-12 | Printout of report from PACER Case Locator, dated Nov. 2, 2010 |
| ECF Doc. No. 31-13 | Collection notes from Check Into Cash's Sequim, Washington office |
| ECF Doc. No. 31-14 | Printout of collection notes from Check Into Cash's corporate office |
| ECF Doc. No. 31-15 | Check Into Cash's policy entitled "The day the Check is due" |
| ECF Doc. No. 31-16 | U.S. Bank Statement (Sept. 10, 2008 – Oct. 8, 2008) |
| ECF Doc. No. 31-17 | U.S. Bank Statement (Oct. 9, 2008 – Nov. 10, 2008) |
| ECF Doc. No. 31-18 | U.S. Bank Statement (Dec. 9, 2008 – Jan. 9, 2009) |
| ECF Doc. No. 31-19 | U.S. Bank Statement (Jan. 10, 2009 – Feb. 9, 2009) |
| ECF Doc. No. 31-20 | U.S. Bank Statement (July 9, 2009 – Aug. 10, 2009) |
| ECF Doc. No. 31-21 | E-mail from Lauren Hosie to Christina Henry, dated May 20, 2009 |
| ECF Doc. No. 31-22 | Printout from website of U.S. Bankruptcy Court |
| ECF Doc. No. 31-23 | Declaration of Amit D. Ranade Attaching Demonstrative Trial Exhibits |

CROSS-APPELLANT'S DESIGNATION OF RECORD ON
APPEAL AND STATEMENT OF ISSUES: 12-1095-RSL - 2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| ECF Doc. No. 31-24 | Judgment re: Sanctions for Stay Violation |
| --- | --- |
| ECF Doc. No. 32-1 | Transcript of Hearing Held on 11/16/2010 (oral ruling) |
| ECF Doc. No. 32-2 | Final Order by Judge Robert S. Lasnik |
| ECF Doc. No. 32-3 | Judgment after Remand |
| ECF Doc. No. 32-4 | Notice of Appeal |
| ECF Doc. No. 32-5 | Transcript of Hearing Held on 06/07/2012 (oral ruling) |
| ECF Doc. No. 34 | Order Affirming Decision of Bankruptcy Court by Judge Robert S. Lasnik |

## II.     STATEMENT OF ISSUES

1.     Absent corroborating evidence, a debtor seeking emotional distress damages must establish with clear evidence that: (a) she actually suffered emotional harm; and (b) a reasonable person would suffer significant harm under the same circumstances. *In re Dawson*, 390 F.3d 1139, 1149-51 (9th Cir. 2004). The bankruptcy court, however, applied a preponderance of the evidence standard in analyzing the actual harm element. Should the Ninth Circuit reverse because the lower courts applied the wrong burden of proof to find that the debtor actually suffered emotional harm?

2.     The amount of the emotional distress award grossly exceeds the amounts awarded in more egregious circumstances. Should the Ninth Circuit reverse because the award is manifestly unreasonable in comparison to other emotional distress cases?

3.     Punitive damages are unavailable if the underlying conduct does not cause actual damages, and awards should be proportional in any event. After reversing the erroneous award of emotional distress damages, should the Ninth Circuit vacate the punitive damage award because the debtor cannot clearly establish her actual emotional distress?

//
//
//
//

CROSS-APPELLANT'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES: 12-1095-RSL - 3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  DATED this 1st day of May, 2013.

HILLIS CLARK MARTIN & PETERSON P.S.

By  */s/ Amit D. Ranade*
    Amit D. Ranade, WSBA #34878
    Alexander M. Wu, WSBA #40649
    1221 Second Avenue, Suite 500
    Seattle, Washington  98101-2925
    Telephone: (206) 623-1745
    Facsimile: (206) 623-7789
    E-Mail: adr@hcmp.com; amw@hcmp.com
Attorneys for Appellant-Creditor
Check Into Cash of Washington, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2013, I electronically filed Cross-Appellant Check Into Cash of Washington, Inc.'s Designation of Record and Statement of Issues on Appeal with the Clerk of the Court using the Electronic Case Filing System which will send notification of such filing to the below counsel of record.

- **Bankruptcy Appeals (SEA)**
  ECFHelp_Seattle@wawb.uscourts.gov
- **Christina Latta Henry**
  chenry@HDM-legal.com,hdmecf@gmail.com,mainline@hdm-legal.com

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of May, 2013.

    */s/ Amit D. Ranade*
    Amit D. Ranade

ND: 19792.006  4843-8403-7651v1

CROSS-APPELLANT'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES: 12-1095-RSL - 4

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789